

COM.

v.

**ALLEN, M.**

**1001 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–46–CR–0000811–2011 (Montgomery)

Affirmed

COM.

v.

**ALLEN, M.**

**1003 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–46–CR–0001349–2011 (Montgomery)

Affirmed

COM.

v.

**ALLEN, M.**

**1004 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–46–CR–0001350–2011 (Montgomery)

Affirmed

COM.

v.

**MARTINEZ, O.**

**1735 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–51–CR–0008142–2010 (Philadelphia)

Affirmed

COM.

v.

**UBEN-SANCHEZ, C.**

**1929 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–39–CR–0000887–2013 (Lehigh)

Affirmed

**BROSKY, W.**

v.

**MJC INDUSTRIES, INC.**

**2138 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

2013–03355 (Bucks)

Affirmed

